# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan (Detroit)

In re  Jeremy Endicott and Tammy Endicott                                   Case No.  10-75048
       Debtor                                                                Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** US Bank National Association

**Last four digits** of any number you use to identify the debtor's account: 0067

**Uniform Claim Identifier:**

**Court claim no.** (if known): 6

**Date of payment change:** 08/01/2014
Must be at least 21 days after date of this notice

**New total payment:** $1,667.46
Principal, Interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**
☑ No
☐ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: _____    New escrow payment: _____

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
☑ No
☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
If a notice is not attached, explain why:

Current interest rate: _____    New interest rate: _____
Current principal and interest payment: _____    New principal and interest payment: _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**
☐ No
☑ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change:  Payment change resulting from Escrow Shortage Drop-off

Current mortgage payment:  $1,648.01      New mortgage payment:  $1,667.46

The CM/ECF system imposes certain constraints, including limits on the number of characters that may be entered into certain fields, when filing a proof of claim. As a result of these constraints and limitations, the creditor name that appears on the bankruptcy court's claims register (and any supplemental proof of claim) may differ from the creditor name that appears on the actual proof of claim form.

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☑ I am the creditor.    ☐ I am the creditor's authorized agent.
                              (Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Tunisia Cooper                                   Date   06/17/2014
  VP of Loan Documentation

Print:  Tunisia Cooper                                 Title  VP of Loan Documentation

Company  America's Servicing Co.                       Specific Contact Information:
Address  MAC X7801-014                                 P: 800-662-3806
         3476 Stateview Blvd.                          E: NoticeOfPaymentChangeInquiries@wellsfargo.com
         Fort Mill, SC 29715

526798-b820d583-dd9d-4eff-867d-62ab8662b4e2

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan (Detroit)

Chapter 13 No. 10-75048

In re:                                                        Judge: Judge Thomas J. Tucker

Jeremy Endicott and Tammy Endicott

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2014, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

Debtor:         Jeremy Endicott
                Tammy Endicott
                13010 Platt Road
                Milan, MI 48160

Debtor's Attorney:  Donald C. Wilson
                    700 Towner Street
                    Ypsilanti, MI 48198

Trustee:        Tammy L. Terry
                Buhl Building
                535 Griswold
                Suite 2100
                Detroit, MI 48226

/s/ Bill Taylor
Authorized Agent

526798-cd7d23ef-4277-494c-a419-a6381c2f5b6e-